1

_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

Magistrate Judge James P. Donohue

2

3

**AUG 16 2018**

4

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

IN THE MATTER OF THE
EXTRADITION OF JITESH BHOGAL

NO.   **MJ 18 - 373**

11

12

13

14

15

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

16

17      I, the undersigned Assistant United States Attorney for the Western District of

18   Washington, being duly sworn, state on information and belief that the following is true

19   and correct:

20   1.      In this matter, I represent the United States in fulfilling its treaty obligation to

21           Canada.

22   2.      There is an extradition treaty in force between the United States and Canada, the

23   Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec.

24   3, 1971, 27 U.S.T. 983, *as amended by* the Protocol Amending the Extradition Treaty

25   with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990), *and* the

26   Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001,

27   S. TREATY DOC. NO. 107-11 (2002) (collectively, the "Treaty").

28   3.      The Treaty provides in Article 11 for the provisional arrest and detention of

COMPLAINT FOR PROVISIONAL ARREST - 1
USAO #2018R01010

1 alleged fugitives pending the submission of a formal request for extradition and
2 supporting documents.

3 4.      In accordance with Article 11 of the Treaty, the Government of Canada has asked
4 the United States for the provisional arrest of Jitesh Bhogal ("BHOGAL"), with a view
5 toward his extradition.

6 5.      According to the information provided by the Government of Canada, BHOGAL
7 is charged in that country with the following offenses:  (i) First degree murder, contrary
8 to Criminal Code of Canada (the "CCC") § 235(1); (ii) breaking and entering into a
9 dwelling house, contrary to CCC § 348(1)(b); (iii) sexual assault, contrary to CCC §
10 273(1); and (iv) aggravated sexual assault, contrary to CCC § 246(a).

11 6.      These offenses were committed within the jurisdiction of Canada.  On August 5,
12 2018, Justice M. Rawling, Justice of the Peace in the City of Windsor, Province of
13 Ontario, issued a warrant for BHOGAL's arrest on the basis of the following facts:

14          a.      On Sunday, June 10, 2018 at approximately 7:58 PM, the Windsor
15     Police Service ("WPS"), in Windsor, Ontario, received a call reporting a death at
16     1382 University Avenue West, Unit 7 (the "Victim's residence"). The caller, KQ,
17     reported that the resident of Unit 7, AT ("AT" or the "Victim"), age 31, was not
18     breathing and was cold to the touch.  During the call, CS identified himself as AT's
19     ex-boyfriend and the father of their 9-year old son, GS.

20          b.      CS reported that AT had not answered his calls or text messages
21     during the day, which was out of character.  He and AT share a son, GS, were best
22     friends, and communicated on a daily basis.  When he received a text from GS
23     saying "mommy won't wake up," he and KQ drove to the apartment and found AT.

24          c.      CS reported that on Saturday, June 9, 2018, at approximately 6:00
25     p.m., he took AT and GS shopping, which WPS later confirmed with store
26     surveillance footage.  At 7:30 p.m., he dropped AT and GS off at home.  From CS
27     and AT's cell phones, the WPS confirmed that CS and AT exchanged text messages
28     throughout the night and into the early hours of Sunday June 10, 2018.  In two

COMPLAINT FOR PROVISIONAL ARREST - 2
USAO #2018R01010

photos that AT sent to CS at 11:52 p.m. and 11:53 p.m., she appears to be alone, lying on her bed, with headphones in her ears.  At 12:37 p.m. AT and CS exchanged their last messages. WPS later determined, from a forensic examination of AT's laptop, that at 1:51 AM, AT searched YouTube for a music compilation and began watching a video.  There is no indication that AT left her building after being dropped off by CS.

d.      When WPS officers entered Unit 7 on June 10, 2018, at approximately 8:07 PM, they observed the VICTIM's corpse lying on a bed in one of the unit's two bedrooms.  The Victim was covered with a blanket to the mid-chest, and appeared to have dried blood over her nose and mouth.  There was a bruise on the inside portion of her left bicep and redness around her neck and clavicle.  A cellular telephone and laptop computer were on the mattress next to her head.

e.      According to GS, on Saturday, June 10, 2018, during the overnight hours, an unknown male entered his bedroom and told him to stay in bed and go to sleep.  GS had never seen the man before, but he was tall, had dark hair and a beard, and was wearing a black shirt.  GS heard a girl screaming sometime after the man entered his room, but did not get up to investigate because he was scared. On Sunday morning, GS awoke to find that AT was still in bed, so he spent the day eating cookies and watching videos.  In the evening, he heard an alarm on AT's phone, which meant it was time for him to shower.  He entered his mother's bedroom, but could not wake her up. He used AT's phone to send a text message to his father (CS), who then came to the apartment.

f.      On June 13, 2018, the WPS interviewed Michelle Altiman ("ALTIMAN"), who lived at 1372 University Avenue West, next door to the Victim's residence. According to ALTIMAN, after 2 AM on June 10, 2018, her boyfriend, Jake Thompson ("THOMPSON"), returned to their apartment with a man who initially called himself "Bob."  The man drove a newer-model, dark-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

colored sport utility vehicle (SUV), and wanted to purchase cocaine and hire a prostitute. ALTIMAN and THOMPSON planned to help the man buy cocaine, and then rob him. The man was tall, thin, "Arab" male dressed nicely, in dress pants and a vest.

g.      Just before 3 AM, the man, ALTIMAN, and THOMPSON drove in the man's SUV to a TD Canada Trust (TD) branch on Wynandotte Street West, where the man entered the vestibule and used the automated-teller machine (ATM) to withdraw cash. The man was not familiar with the area, and ALTIMAN provided directions as they drove around that night. While in the SUV, ALTIMAN noticed that when the man put his phone in the console, it flashed "Jay's IPhone"; thereafter, ALTIMAN referred to the man as "Jay."

h.      ALTIMAN then used Jay's cellular telephone to contact her drug dealer (the "dealer") and arranged to purchase a quantity of cocaine. WPS investigators later determined from cell phone records that the call was made from telephone number 425-248-0708, later identified as belonging to Jitesh BHOGAL (see infra). ALTIMAN arranged for a "fifty" and an "eight ball." A "fifty" is a half gram of cocaine, commonly sold for $50 CAD. An 8-Ball is 3.5 grams of cocaine that is generally sold for approximately $250 CAD.

i.      The three then drove in Jay's SUV to a nearby McDonald's restaurant, where they met the dealer. ALTIMAN walked around the McDonald's and retrieved a sample of the drugs from the dealer for Jay to try. She returned to the vehicle and, after receiving Jay's approval of the sample, purchased a "fifty" and "8-ball." According to surveillance video from the McDonald's store, which ALTIMAN identified, the transaction ALTIMAN described occurred from 3:06 AM to 3:25 AM.

j.      After ALTIMAN returned to Jay's vehicle, they drove back toward 1372 University Avenue West. ALTIMAN directed Jay to park in the rear lot of the Victim's residence. While parked, ALTIMAN set up 4-5 lines of cocaine on the

COMPLAINT FOR PROVISIONAL ARREST - 4
USAO #2018R01010

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  center console of Jay's vehicle.  ALTIMAN and THOMPSON each consumed one
2  line of cocaine, then grabbed the "8-ball" and went to their apartment. Jay remained
3  in the parking lot for some time, shouting for ALTIMAN to come back with the
4  drugs.

5         k.     At approximately 4:30 AM, ALTIMAN looked out her window and
6  saw Jay's SUV still parked behind the Victim's apartment building. Thinking Jay
7  may have fallen asleep in the vehicle, ALTIMAN approached the SUV with the
8  intent to steal from it, but it was locked and Jay was not inside. When ALTIMAN
9  awoke around 5:30 AM, Jay's SUV was still there, but when she checked again 45
10  minutes later, it was gone.

11         l.     According to the WPS, access to the Victim's apartment building was
12  controlled with locked doors on the ground floor, and the door of Unit 7, on the third
13  floor, showed no evidence of forced entry.  The building, and the Victim's
14  apartment, had an exterior balcony, with black iron railings.  The building was
15  constructed of brick, and the corner portion was quoined, creating potential
16  foot/hand holds that would make it possible for someone to climb from one balcony
17  to another. In the parking lot behind the building, the WPS observed a black Dodge
18  SUV, which had what appeared to be a dusty footwear impression on the driver's
19  side above the back passenger door, and another possible footwear impression on
20  the roof of the vehicle.  Based on the SUV's location, the quoined portion of the
21  building, and the location of the balconies, the WPS concluded that a person could
22  have climbed from the top of the SUV onto an exterior balcony. Officers also
23  observed a piece of concrete on the ground next to the driver's side door. The
24  concrete appeared to have fallen from the balcony of Unit 7, as there was damage
25  to a section along the northwest corner of the balcony's floor.

26         m.    On June 11, 2018, Dr. Elena Tugaleva ("Dr. TUGALEVA")
27  conducted an autopsy of AT at the London Health Sciences Centre in Ontario. She
28  observed the following on the Victim: multiple head and facial bruises; blunt force

COMPLAINT FOR PROVISIONAL ARREST - 5
USAO #2018R01010

1  trauma; bruises; abrasions to the forehead, bilateral cheeks, nose, and mouth; oral

2  bruises; superficial lacerations; sub-scalp hemorrhages; bruising to the upper neck;

3  and soft tissue hemorrhages.  She also observed possible neck compression and

4  blunt force trauma to the neck, along with mucosal petechial hemorrhages, which

5  were non-specific but could be related to smothering/neck compression. Other blunt

6  force trauma on the Victim included bruises to her torso and upper and lower

7  extremities. The autopsy confirmed sexual assault (vaginal and anal), causing

8  injuries, including bruising to the vulva, superficial lacerations, and perianal

9  bruising. Although Dr. TUGALEVA could not provide a specific anatomical cause

10  of death, she concluded that the death was not natural or a suicide and was homicide.

11      n.    During autopsy proceedings, swabs of AT's body were taken and sent

12  to the Centre of Forensic Sciences (CFS) for DNA testing. Among those was a

13  sample taken from a skin swab of AT's right breast.

14      o.    On June 19, 2018, the WPS obtained transaction and video

15  surveillance records from TD Canada Trust (TD) for the ATM located 2110

16  Wyandotte St. West, Winsor, Ontario, from between approximately 2 and 4 AM on

17  the morning of June 10, 2018.  The transaction records for that date and time show

18  a withdrawal using Bank of America ("BOA") access card number 5491-7000-

19  0453-****.

20      p.    The TD Bank (Wynadotte) surveillance from June 10, 2018, shows a

21  man enter the bank vestibule at 3 AM and conduct a transaction shortly thereafter.

22  The man is tall and appears slender, with medium to short length, dark hair and

23  medium-dark skin, a broad forehead, a distinctive hairline, and a beard, wearing a

24  button-down shirt and a dark vest. This photo matched the description of "Jay"

25  provided by ALTIMAN, including that he was wearing a vest.

26      q.    Video surveillance from a location across the street from that TD

27  Bank ATM shows a dark SUV, with three persons arriving at 2:59 AM and then

28  exiting the parking area at 3:04 AM.

COMPLAINT FOR PROVISIONAL ARREST - 6
USAO #2018R01010

1        r.      According to information from BOA, access card number 5491-7000-
2    0453-****** (redacted) was issued to a customer with an address in Canton, Michigan

r.     According to information from BOA, access card number 5491-7000-0453-**** (redacted) was issued to a customer with an address in Canton, Michigan with the surname "BHOGAL." (BOA was not willing to provide a first name or additional information without a court order.)

s.     ALTIMAN provided the WPS with the telephone number of the dealer who sold the cocaine to her in the early morning of June 10, 2018. WPS then obtained records for the dealer's telephone number (226-246-4725). Records from the provider, Freedom Mobile, show incoming calls from 425-248-0708, the first of which occurred at 2:53 AM on June 10, 2018. U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") agents determined that 425-248-0708 is serviced by T-Mobile, and obtained subscriber records showing that 425-248-0708 is registered to Jitesh BHOGAL.

t.     Using the name "Jay" provided by ALTIMAN, and the last name BHOGAL, provided by BOA, WPS officers conducted an open source internet search for "Jay BHOGAL" and "Jitesh BHOGAL." They identified a Facebook account in the name of "Jitesh BHOGAL," compared the profile photo from that account (posted to Facebook on September 4, 2016) with still photos taken from the June 10, 2018, TD bank surveillance, and determined that the photos depicted the same individual.

u.     The WPS requested HSI's assistance to obtain additional information regarding Jitesh BHOGAL. U.S. Customs and Border Protection ("CBP") located records for "Jitesh BHOGAL," a Canadian citizen, born October 26, 1990, with an address of 1725 Inman Road, Canton, Michigan. BHOGAL has a valid U.S. work visa, and is employed in Detroit, Michigan.

v.     CBP records show that BHOGAL departed Detroit, Michigan, for Windsor, Ontario, on June 10, 2018, at 2:16 AM. He then crossed back into the

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    United States using a NEXUS[1] card at the Windsor-Detroit Tunnel on June 10,
2    2018, at 7:15 AM, driving a dark-colored 2018 Honda Pilot SUV, bearing Michigan
3    plate number DWV9676 (the "Pilot SUV"). There is a video recording of BHOGAL
4    entering the United States in the Pilot SUV.

5          w.      Michigan vehicle registration records showed that Jitesh BHOGAL,
6    date of birth October 26, 1990, registered a 2018 Honda Pilot SUV, Michigan
7    license plate number DWV9676, on June 1, 2018. BHOGAL also has a second
8    vehicle registered to him, a 2007 white Toyota Camry, Michigan license plate
9    number DKG6649 (the "White Camry").

10         x.      HSI agents located records for a Michigan driver's license, number
11    B240414020825, issued to JITESH BHOGAL (date of birth October 26, 1990) on
12    December 1, 2015, with an address of 1725 Iman Road, Canton, Michigan (the
13    "BHOGAL's Michigan Driver's License"). On July 3, 2018, Jitesh BHOGAL (date
14    of birth October 26, 1990) applied for a driver's license in Washington State, and
15    was issued license number NN97184140, with an address of 12909 SE 27th St.,
16    Kent, Washington ("BHOGAL's Washington State Driver's License").

17         y.      On June 19, 2018, Jennifer McLean ("McLEAN"), a forensic scientist
18    at the Centre of Forensic Sciences ("CFS") in Ontario, recorded the trace evidence
19    examined from samples taken during AT's autopsy, including a sample taken from
20    AT's right breast. Based on the examination of that item, McLEAN concluded that
21    the sample contained a mixture of the Victim's DNA and DNA from an unknown
22    male contributor.

23
24
25

---

26   [1] NEXUS is a joint Canada Border Services Agency and U.S. Customs and Border Protection operated Trusted
Traveler and expedited border control program designed for pre-approved, low-risk travelers. Members of the program
27   can avoid long waits at border entry points by using reserved lanes at land crossings into Canada and the United States
(including from Mexico), by using self-serve kiosks at airports in Canada, the US and some international locations, or
28   by phoning border officials for a marine entry.

COMPLAINT FOR PROVISIONAL ARREST - 8
USAO #2018R01010

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1         z.     On July 26, 2018, at the request of the WPS, HSI Special Agent

2 ("SA") Zach KEEN and a team of HSI agents conducted surveillance on BHOGAL

3 and observed BHOGAL driving the White Camry at approximately 4:40 PM, to the

4 Kuhnhenn Brewery at 5919 Chicago Road, in Warren, Michigan. HSI agents

5 entered the brewery and witnessed BHOGAL drinking from a goblet-style glass 8

6 to 12 times, while socializing. HSI SA KEEN and others identified BHOGAL as the

7 same individual depicted in the BHOGAL's Michigan Driver's License,

8 BHOGAL's Washington State Driver's License, and the TD Bank surveillance

9 video from June 10, 2018.

10         aa.    After BHOGAL departed, leaving the glass on the table, HSI agents

11 retrieved the glass, which they secured and then turned over to the WPS. WPS

12 forensic examiners obtained a DNA profile from the glass, which they compared to

13 the unknown male DNA profile obtained from the swab of AT's breast, and

14 determined that the two were a match.

15         bb.    According to information provided by HSI, BHOGAL is employed

16 Detroit, Michigan. He has changed his pattern of travel between the United States

17 and Canada since AT's murder on June 10, 2018. Previously, between June 5 and

18 June 10, 2018, BHOGAL crossed the Windsor-Detroit crossed daily. Since

19 departing Windsor on June 10, 2018, however, BHOGAL has not re-entered

20 Canada.

21         cc.    According to cell phone location data gathered by HSI pursuant to a

22 judicially authorized warrant for BHOGAL's cell phone (425-248-0708), he

23 traveled to Washington State some time prior to July 5, 2018, and remained there

24 until he flew to Detroit, Michigan, on July 14, 2018. BHOGAL's parents reside at

25 12909 Southeast 257th Street, in Kent, Washington. HSI surveillance at that address

26 determined that BHOGAL drove his Pilot SUV to Washington State and left it there

27 when he returned to Michigan. BHOGAL obtained his aforementioned Washington

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  State driver's license on July 3, 2018, on the representation that he was relocating
2  to Washington State.

3      dd.    BHOGAL also appears to have changed his appearance. Photos of
4  BHOGAL entering the U.S. on June 10, 2018, the TD Bank surveillance from June
5  10, 2018, and the photo on BHOGAL's Michigan driver's license show him with a
6  beard, and photo on BHOGAL's Michigan driver's license photo shows him with
7  brown eyes. In the photo taken for BHOGAL's Washington State driver's license
8  on July 3, 2018, however, BHOGAL has shaved his beard and appears to have blue
9  eyes, which law enforcement presumes to be corrective lenses.

10     ee.    HSI surveillance observed BHOGAL driving the White Camry
11  between July 15, 2018, and July 17, 2018, between a residence at 21405 John Drive
12  and his place of employment in Warren, Michigan.

13  7.    The offenses with which BHOGAL is charged are provided for in Article 2 of the
14  Treaty.

15  8.    BHOGAL is employed in Warren, Michigan, and has been a resident of Michigan
16  since at least 2016, but since the murder, he has been spending significant time at the
17  address of his parents, Vijay BHOGAL and Naresh BHOGAL, at 12909 Southeast 257th
18  Street, Kent, Washington.

19      9. U.S. Department of Homeland Security, Homeland Security Investigations
20  ("HSI") Detroit Special Agent (SA) CIRANNI has been tracking the location of
21  BHOGAL's U.S. cellular telephone since early July, 2018, and thereby traced BHOGAL
22  to Washington from July 5, 2018 through July 12, 2018. During that time, law enforcement
23  was surveilling BHOGAL in Washington State, and saw his 2018 PILOT SUV, which
24  BHOGAL was driving on the night of AT's murder, parked in the driveway of his parent's
25  residence. As of August 15, HSI SA CIRANNI confirmed that BHOGAL's cell phone is
26  still actively tracing to Kent, Washington.

27      10. Washington Department of Motor Vehicles records show that Jitesh BHOGAL
28  obtained a Washington State driver's license on July 3, 2018. Although the official data

COMPLAINT FOR PROVISIONAL ARREST - 10
USAO #2018R01010

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  matches the data that on BHOGAL's Michigan drivers' license (*i.e.*, that he is 6' 3" tall,

2  with black hair and brown eyes), BHOGAL wore blue contact lenses for his Washington

3  driver's license photograph.

4  11.     The Government of Canada has represented that it will submit a formal request for

5  extradition supported by the documents specified in the Treaty, within the time required

6  under the Treaty.

7  12.     BHOGAL would be likely to flee if he learned of the existence of a warrant for his

8  arrest.

9  13.     WHEREFORE, the undersigned requests that a warrant for the arrest of the

10  aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the Treaty, and

11  that this complaint and the warrant be placed under the seal of the Court, except as

12  disclosure is needed for its execution, until such time as the warrant is executed.

13          DATED this 16th day of August, 2018.

14                                        Respectfully submitted,

15                                        ANNETTE L. HAYES
16                                        United States Attorney

17

18

19                                        BRUCE F. MIYAKE
                                          Assistant United States Attorney
20                                        700 Stewart Street, Suite 5220
                                          Seattle, WA 98101-1271
21                                        Telephone:   (206) 553-2077
22                                        E-mail:      Bruce.Miyake@usdoj.gov

23

24          Sworn to before me and subscribed in my presence this /U day of August, 2018,
       at Seattle, Washington
25

26

27                                        JAMES P. DONOHUE
                                          United States Magistrate Judge
28

COMPLAINT FOR PROVISIONAL ARREST - 11
USAO #2018R01010