AO 442 (Rev. 11/11) Arrest Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

*Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Extradition of<br>Jitesh BHOGAL | Case No. MJ18-373 |

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 20 2018   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jitesh BHOGAL

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Canada, which has sought his provisional arrest with a view towards extradition on the charges of first degree murder, in violation of section 235(1) of the Criminal Code of Canada (CCC), aggravated sexual assault, in violation of section 273 of the Criminal Code of Canada (CCC), break and entering, in violation of section 348 of the Criminal Code of Canada (CCC) and aggravated sexual assault, in violation of section 246 of the CCC, pursuant to the extradition treaty between the United States and Canada, and Title 18 U.S.C., Section 3184.

Date: 16 August 2018

*Issuing officer's signature*

City and state: Seattle, Washington

Magistrate Judge James P. Donohue
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/16/18, and the person was arrested on *(date)* 8/17/18
at *(city and state)* Kent, WA

Date: 8/17/18

*Arresting officer's signature*

DUSM Kevin Grier
*Printed name and title*

---

USAO #2018R01010