Magistrate Judge James P. Donohue

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF JITISH BHOGAL | NO. MJ18-373<br><br>**AFFIDAVIT OF WAIVER OF EXTRADITION** |

I, Jitesh BHOGAL, having been fully informed by my attorney, Gregory Murphy, of my rights under the extradition treaty in force between the United States and Canada and 18 U.S.C. §§ 3184-3196, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Canada.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Canada, the applicable sections of Title 18 of the United States Code, and the complaint filed by the United States Attorney in fulfillment of the United States' treaty obligations to the Government of Canada. I understand that, pursuant to 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

— That currently there is an extradition treaty in force between the United States and Canada;

— That the treaty covers the offenses for which my extradition was requested;
— That I am the person whose extradition is sought by Canada; and

WAIVER OF EXTRADITION HEARING/BHOGAL - 1
MJ18-373

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

– That probable cause exists to believe that I committed the offenses for which extradition was requested.

I admit that I am the individual against whom charges are pending in Canada and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Canada unless and until a court in the United States issues a ruling certifying that I am extradictable and the Secretary of State of the United States issues a warrant of surrender.

I have reviewed the complaint, and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Canada.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18 of the United States Code §§ 3181, 3184, 3186, 3188 -3190, and agree to be transported in custody, as soon as possible, to Canada, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Canada. No representative, official, or officer of the United States or of the Government of Canada, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this 31 day of August, 2018.

_____
Jitesh BHOGAL

_____
GREGORY MURHPY
Attorney for Jitesh BHOGAL

WAIVER OF EXTRADITION HEARING/BHOGAL - 2
MJ18-373

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  I hereby certify that on this 31st day of August, 2018,
2  Jitesh BHOGAL personally appeared before me and made his oath in due form of law
3  that the statements herein are true.

_____
JAMES P. DONOHUE
United States Magistrate Judge
Western District of Washington

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WAIVER OF EXTRADITION HEARING/BHOGAL - 3
MJ18-373

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970