Magistrate Judge James P. Donohue

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF JITISH BHOGAL | NO. MJ18-373<br><br>ORDER |

The Court having received the Complaint filed on August 16, 2018, by Bruce F. Miyake, Assistant United States Attorney for the Western District of Washington pursuant to the request of the Government of Canada, for the provisional arrest and extradition of Jitesh Bhogal, and an affidavit executed by Jitesh BhogaL and witnessed by his attorney;

And, further, the Court having been advised in open session that Jitesh Bhogal is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

ORDER ON WAIVER OF EXTRADITION HEARING/BHOGAL - 1
MJ18-373

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS THEREFORE ORDERED that Jitesh Bhogal be committed to the custody of
2   the United States Marshal pending arrival of the duly authorized representatives of the
3   Government of Canada, at which time the United States Marshal shall deliver him to the
4   custody of such authorized representatives to be transported to Canada to be held for trial
5   or other disposition; and

6   IT IS FURTHER ORDERED that the transfer of physical custody of Jitesh Bhogal
7   shall be at such time and place as mutually agreed upon by the United States Marshal and
8   the duly authorized representatives of the Government of Canada.

9   The Clerk of the Court is directed to forward copies of this Order and the executed
10  Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division,
11  Department of Justice, in Washington, D.C., and the Assistant United States Attorney.
12  SO ORDERED, this 31st day of August, 2018.

JAMES P. DONOHUE
United States Magistrate Judge
Western District of Washington

ORDER ON WAIVER OF EXTRADITION HEARING/BHOGAL - 2
MJ18-373

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970